United States Court of Appeals

For the Eighth Circuit

_____

No. 24-3465
_____

United States of America

*Plaintiff - Appellee*

v.

Robert John Michael Baber

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City
_____

Submitted: May 20, 2025
Filed: May 23, 2025
[Unpublished]
_____

Before SMITH, GRASZ, and STRAS, Circuit Judges.
_____

PER CURIAM.

Robert Baber received a 180-month sentence after pleading guilty to being in a drug conspiracy. *See* 21 U.S.C. §§ 841(a)(1), (b)(1)(C), 846. An *Anders* brief

suggests the district court[1] imposed a substantively unreasonable sentence.  *See Anders v. California*, 386 U.S. 738 (1967).

Upon careful review, we conclude that an enforceable appeal waiver covers this issue.  *See United States v. Scott*, 627 F.3d 702, 704 (8th Cir. 2010) (reviewing the validity of an appeal waiver de novo); *United States v. Andis*, 333 F.3d 886, 889–92 (8th Cir. 2003) (en banc) (explaining that an appeal waiver will be enforced if the appeal falls within its scope, the defendant knowingly and voluntarily entered into the plea agreement and the waiver, and enforcing the waiver would not result in a miscarriage of justice).  We have also independently reviewed the record and conclude that no other non-frivolous issues exist.  *See Penson v. Ohio*, 488 U.S. 75, 82–83 (1988).  We accordingly dismiss the appeal and grant counsel permission to withdraw.

_____

[1]The Honorable Roseann A. Ketchmark, United States District Judge for the Western District of Missouri.